UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY BROWN o/b/o Kelly Jo Vinje,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. C15-1465RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, after careful consideration of the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Objections thereto, and the Commissioner's Response to those Objection, along with the balance of the record, does hereby find and **ORDER**:

1) The Court ADOPTS the Report and Recommendation ("R&R"), and the Commissioner's decision is AFFIRMED. Plaintiff has objected to the R&R, arguing that Judge Tsuchida applied the wrong standards in evaluating the Administrative Law Judge's underlying decision. Dkt. #24. However, Plaintiff essentially reiterates the arguments made in her opening brief in support of that assertion. Judge Tsuchida has already reviewed and rejected those arguments, and nothing Plaintiff offers now persuades the Undersigned that the R&R is in error. Judge Tsuchida repeatedly noted where Plaintiff's legal authority and argument were lacking, and provided legal

accurate authority supporting his conclusions. *See*, *e.g.*, Dkt. #23 at 3 and 8. Plaintiff's Objections do not correct her deficiencies or provide any authority requiring that Judge Tsuchida's conclusions be rejected. Accordingly, the Undersigned adopts the R&R.

2) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 21st day of April 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2